# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Sam J. Maggio

                                  Plaintiff,

v.                                                     Case No.: 1:06−cv−02893

                                                          Honorable Matthew F. Kennelly

Konica−Minolta Business Solutions Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 20, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly: Case is dismissed with prejudice, with each party to bear its own costs and attorneys fees, pursuant to stipulation. Jury trial date of 11/17/2008 is vacated. All other dates are vacated. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.